*Catherine Cook* v. *Charles Cook.* L. R. MARSH, for appellant; D. D. HILLIS, for respondent. Order opening decree of affirmance which was taken by default; on condition that appellant is not to be at liberty, upon the argument of the appeal, to insist upon any

objection of mere form to the proceedings before the vice chancellor. Appellant to pay taxable costs of opposing this application, together with the costs subsequent to the noticing of the cause for argument in April last; within twenty days.